UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81522-CIV-MARRA/MATTHEWMAN

KAREN C. YEH HO,

    Plaintiff,
vs.

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the separately entered Order Granting Motion to Dismiss. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Judgment is hereby entered on behalf of Defendant Wells Fargo Bank, N.A. and against Plaintiff, Karen Yeh Ho. Plaintiff shall take nothing from Defendant in this action.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 26th day of August, 2016.

_____
KENNETH A. MARRA
United States District Judge